IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| **MARY A. MCELMURRY** ) | |
| ) | |
| **Plaintiff** ) | |
| vs. ) | Civil Case No.   05-3220-CV-S-DW |
| ) | |
| **JO ANNE BARNHART,** ) | |
| **Commissioner of Social Security** ) | |
| ) | |
| **Defendant** ) | |

__X__    **Decision by Court.**  This action came before the Court as a briefed matter. The issues have been reviewed and a decision has been rendered.

ORDERED: the Commissioner's decision denying Plaintiff's disability benefits and supplemental security income (SSI) is **AFFIRMED.**

July 18, 2006                                                                                     Patricia Brune
Date                                                                                                      Clerk

                                                                                  By:   /s/ Y. Johnson
                                                                                               Deputy Clerk